## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 19-0126

_____

STATE OF MONTANA,

      Plaintiff and Appellant,

v.

VAN GREGORY MUELLER and
MARTY JAY BILLMAYER,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Deborah Kim Christopher, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020